IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __08-CV-00295 BNB__
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 28 2008

GREGORY C. LANGHAM
CLERK

__GWEN BERGMAN__, Plaintiff,

v.

__SIX UNKNOWN NAMED AGENTS__,

__OF THE FEDERAL BUREAU OF INVESTIGATION__

__DENVER DISTRICT__,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. __Ms Gwen Bergman, 195045, P.O. Box 16700__
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   __Golden, Co. 80402__

2. __Six Named And Unnamed Government Agents__
   (Name, title, and address of first defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:

3. _____
   (Name, title, and address of second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

4. _____
   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                 2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

   \_\_\_ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   ✓ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   _____

   _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

*See: Attached*

-1-

## C. Nature of the Case

On April 9, 2004, Six Government Agents acting under the Color of Authority made a Warrantless seizure of Petitioners Yukon Denali that was parked in a hotel parking lot and fully packed with all of Petitioners personal and legal possessions. Petitioner was in the process of moving out of state and returning home to receive medical operations and care. Petitioners property was NOT returned; and included cash exceeding $35,000.00, jewelry, antiques, computers, software, luggage, clothes, electronics, boxes of court transcripts and evidence for pending court cases; and more NOT mentioned. The warrantless seizure and unlawful conduct resulted in irreparable damage to Petitioners vehicle and irreplaceable harm to animals including the death of two of Petitioners pet(s): Far Exceeding $200,000.00

The warrantless seizure and unlawful conduct resulted in the suppressed exculpatory evidence, from NOT returning the property; and the perjured testimony from federal agents acting under the Color of authority, which became the evidence relied upon by the Courts leading to the irreparable mental and physical injury and unconstitutional sentence.

Petitioners documented evidence of medical illnesses and being a victim of abuse, is supported by medical records and Court Orders of Injunction for Domestic Violence on behalf of Petitioner and her Minor Child. Upon attempting to leave Colorado to receive medical care, Petitioner answered an advertizement by a Police Protection Agency for child protection, due to documented abuse by Court Orders, Police reports

- 2 -

continue C. Nature of the Case

and Doctors Reports.

Not withstanding the lack of probable cause for the arrest reached by the conduct impermissible under the law and guarantees under the Fifth Amendment of the United States Constitution; And

Substantiated by the government admitting that "the United States could NOT even OBTAIN JURISDICTION in this particular case." (case #04CR180, June 2004 Court Transcripts, pg 17)

the government motioned the Court to Dismiss original sentence. (see: Court Order to Dismiss dated December 15, 2004)

the Tenth Circuit Court of Appeal decided (Petitioners) conduct of calling Police and paying for their services, is "NOT ANY UNLAWFUL ACTIVITY" (see: Court Order case #05-1039, pg 3)

the District Court of Colorado filed Nolle Pro Seque Order pursuant to C.R.S. 18-3-304-3, that Petitioner can NOT be prosecuted for actions she believed were to protect a child from harm: under the law.

The invasion of Fourth Amendment guarantees are inconsistent and even hostile. There is No alternate means of protection upon the invocation of federal power by federal law enforcement officials. "In such cases there is NO safety for the citizens, (Bivens, 403 US. at 395), except in the protection of the judicial tribunals, for the rights which have been invaded by officers of the government professing to act in its name."

- 3 -

continue   C.   Nature of the Case

Bivens, 403 U.S. 388, supports that Damages may be obtained for injuries consequent upon violation of the Fourth Amendment by federal officials. Nixon V. Herndon, 273 U.S. 536, 540; Swafford V. Templeton, 185 U.S. 487; Wiley V. Sinkler, 179 U.S. 58

"it is ... well settled where legal rights have been invaded ... federal courts may use any remedy to make good the wrong done." Bell V. Hood, 327 U.S. at 684.

Petitioner has demonstrated extreme injury of irreparable mental and physical damage consequent upon the federal agents' violations of the Constitutional Amendments. Petitioner alleges the arrest was "done unlawfully, unreasonably, and contrary to law", and that the warrantless search and seizure was "without cause, consent or warrant." Bivens, 403 US at 390.

Pursuant to Bivens, Petitioners Complaint should be served upon those federal agents, supervisors, and others, who it is indicated by the records of the United States Attorney participated in the (April 9, 2004) arrest of Petitioner.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: _____

    Supporting Facts:

    See: Attached

(Rev. 1/30/07)                              4

-1-

D. Cause of Action

Petitioners Complaint states a federal cause of action under the Fourth and Fifth Constitutional Amendment for which damages are recoverable upon proof of injuries resulting from the federal agents' violation of that amendment. Bivens, 403 U.S. 388 at 390-397.

Pursuant to Supreme Court law in Bell V. Hood 327 U.S. 678, holds that the violations by federal agents acting under the color of (his) authority gives rise to a cause of action for damages consequent upon (his) unconstitutional conduct.

This case has its origin in the arrest and search and seizure carried out on April 9, 2004. Petitioners Complaint alleges that the Fourth and Fifth Amendment violations were reached by those officers acting under the color of authority: with conduct impermissible under the law, according to the Fifth Amendment, and an unconstitutional, warrantless, search and seizure under the Fourth Amendment.

Petitioners Complaint explicitly states that her arrest was "done unlawfully, unreasonably, and contrary to law" and that the search and seizure was "without cause, consent or warrant."

Petitioner alleges that the federal agents acting under the color of federal law, subjected her to a search and seizure contravening the requirements of the Fourth Amendment. Petitioner seeks damages for the loss exceeding $200,000.⁰⁰ for damages and loss from warrantless seizure of NOT returned property:

continued D. Cause of Action

and damages in the amount of $50,000 from each of the agents. The agents are not named in Petitioners complaint, and pursuant to Bivens V. Six Unknown Named Agents.., 403 U.S. 388 Petitioner requests this Court to Order that the Complaint be served upon "those federal agents who it is indicated by the records of the United States Attorney participated in the (April 9, 2004) arrest of the (Petitioner)." Five agents were ultimately served, Bivens, 403 U.S. at 390.

Petitioners complaint that states a cause of action under the Fourth Amendment for which damages are recoverable, are supported by proof of injuries, resulting from the federal agents violations of the Constitutional Amendments; upon District Court(s) Orders, Court of Appeal Orders, Court Injunctions, Medical Records, Bureau of Prison Doctor Orders "to Schedule (Petitioner) to correct deformity", Bureau of Prison Doctors request to schedule surgerie(s), Near fatal reaction to medication(s) and medical neglect/indifference; resulting in irreparable mental and physical damage confirmed and documented in Court records. Pursuant to Bell v. Hood, 327 US. 678, federal agents acting under color of authority give rise to a cause of action for damages consequent upon unconstitutional conduct; whereby Petitioner will never be able to recover mentally or physically from the agents unlawful conduct.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

    ___ Yes ___ No (CHECK ONE).   N/A

2. Did you exhaust available administrative remedies? ___ Yes ___ No (CHECK ONE).

    N/A

(Rev. 1/30/07)                              7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

Petitioner request Writ of Habeas Corpus and Grant Return of Property; Damages exceeding "200,000"; and upon irreparable mental and physical injury to Petitioner from the federal agents unlawful conduct, Petitioner request "50,000" from each agent.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on _February 26, 2008_
(Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                                    8

CERTIFICATE OF SERVICE

I hereby certify that I have sent the original copy of the foregoing pleading / document to:

    Clerk of the Court
    901 19th Street Room A105
    Denver, CO. 80294-3589

on February 26, 2008

Pursuant to Bivens V. Six Unknown and Unnamed Agents, 403 U.S. 388 Petitioner request this Court to Serve upon "those federal agents who it is indicated by the records of the United States Attorney participated in the April 9, 2004 arrest of Petitioner." at 390.