IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00295-BNB

GWEN BERGMAN,

    Plaintiff,

v.

SIX UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION,
    Denver District,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Gwen Bergman, appeared to be a pretrial detainee who was incarcerated at the Jefferson County Detention Facility in Golden, Colorado, when she submitted to the Court *pro se* a civil rights complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (1993), asking for habeas corpus relief, injunctive relief in the form of the return of her confiscated property, and money damages. She has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006) without payment of an initial partial filing fee.

On March 5, 2008, Magistrate Judge Boyd N. Boland ordered Ms. Bergman to file within thirty days an amended complaint that provided the names and addresses of each unnamed Defendant and that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, and to provide sufficient copies of the amended complaint to serve each named Defendant. Magistrate Judge Boland warned Ms.

Bergman that failure to comply with the March 5 order within the time allowed would result in the dismissal of the instant action. On March 10 and 18, 2008, respectively, the orders granting Ms. Berman leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee and directing her to file an amended complaint were returned to the Court as undeliverable.

Ms. Bergman has failed within the time allowed to comply with the March 5, 2008, order for an amended complaint or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure within the time allowed to file an amended complaint as directed and for failure to prosecute. It is

FURTHER ORDERED that the motion titled "Motion for: Bivens Claim Against Six Known and Unknown, Named and Un-Named Government Agents and Motion for Writ of Habeas Corpus, and Return Property, With Damages" is denied as moot.

DATED at Denver, Colorado, this 21 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00295-BNB

Gwen Bergman
Prisoner No. 195045
Jefferson County Det. Facility
PO Box 16700
Golden, CO 80402

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk